# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV316
## (1:04CR43-10)

| | |
|---|---|
| BILLY EUGENE PROFFITT, JR., )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Petitioner's response to this Court's Order.

On October 23, 2006, the Court issued an order in accordance with United States v. Emmanuel, 288 F.3d 644 (4th Cir. 2002), asking the Petitioner to clarify whether or not he wished his paperwriting submitted September 18, 2006, to be construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. By pleading filed November 6, 2006, the Petitioner advises that he wishes to "reappeal" his sentence and bring to the attention of the Fourth Circuit the fact that he "keep[s] getting charged over and over for the same crime." **Response, at**

2. Therefore, in accordance with the Petitioner's instructions, the *pro se* pleadings herein are filed as a notice of appeal and, as such, are untimely and will be dismissed.

**IT IS, THEREFORE, ORDERED** that the pleadings herein are deemed a notice of appeal, and as such, are hereby **DISMISSED** as untimely.

**IT IS FURTHER ORDERED** that the Petitioner is hereby granted a certificate of appealability to the Fourth Circuit Court of Appeals.

Signed: November 14, 2006

Lacy H. Thornburg
United States District Judge