IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV316
(1:04CR43-10)

| | |
|---|---|
| BILLY EUGENE PROFFITT, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> Vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | O R D E R |

**THIS MATTER** is before the Court on the Petitioner's motion to alter, amend or otherwise for reconsideration of the dismissal entered herein on November 15, 2006.

On review of the Petitioner's motion, the Court finds the arguments set forth therein to be without merit.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to alter, amend or otherwise for reconsideration of the dismissal of this action is hereby **DENIED**.

Signed: December 12, 2006

Lacy H. Thornburg
United States District Judge