IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV316
(1:04CR43-10)

BILLY EUGENE PROFFITT, JR.,            )
                                       )
                    Petitioner,        )
                                       )
         Vs.                           )        O R D E R
                                       )
UNITED STATES OF AMERICA,              )
                                       )
                    Respondent.        )
_____      )

**THIS MATTER** is before the Court on the Petitioner's application for
a certificate of appealability.

In the Court's Order of Dismissal filed November 15, 2006, the
Petitioner was granted a certificate of appealability to the Fourth Circuit
Court of Appeals. *See*, **Order of Dismissal, filed November 15, 2006, at
2**. Therefore, the current application is moot.

**IT IS, THEREFORE, ORDERED** that the Petitioner's application for a
certificate of appealability is hereby **DENIED** as moot.

Signed: February 14, 2007

Lacy H. Thornburg
United States District Judge